UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DELBERT R. ROHLINGER, CIVIL NO. 00-1102 (DSD/JMM)

Plaintiff,

v. ORDER

SOO LINE RAILROAD COMPANY,

Defendant.

The Court is advised that the above matter is being referred to the MDL Panel in the Eastern District of Pennsylvania. Therefore, the Pretrial Conference scheduled before the undersigned on June 27, 2000 is canceled.

Dated: June 12, 2000

JOHN M. MASON
United States Magistrate Judge

FILED JUN 12 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________