# UNITED STATES DISTRICT COURT
## District of Minnesota

Rohlinger

V.

Soo Line Railroad

## JUDGMENT IN A CIVIL CASE

Case Number: 00-cv-1102 CRW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the claims of plaintiff against defendant brought under the above entitled action be and the same are herby dismissed on the merits and without costs.

December 29, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Janet Midtbo
(By) Janet Midtbo, Deputy Clerk